UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ERICA McCLOUD, | ) | Civil Action No. 1:23-cv-01141 |
| Plaintiff, | ) | |
| vs. | ) | Judge Donald C. Nugent |
| RUST-OLEUM CORPORATION and HOME DEPOT USA, INC., | ) | |
| Defendants. | ) | |

DENIED: ___
GRANTED: X  IT IS SO ORDERED
[signature] 10/12/23
U.S. DISTRICT JUDGE

**MOTION TO ADMIT ZACHARY W. SILVERMAN, ESQ.
TO APPEAR AS *PRO HAC VICE* COUNSEL FOR
DEFENDANTS RUST-OLEUM CORPORATION and HOME DEPOT U.S.A., INC.**

The undersigned counsel for Defendants Rust-Oleum Corporation and Home Depot U.S.A., Inc., as a member of the Bar of this Court, respectfully requests that the Court admit the following counsel *pro hac vice* for the limited purpose of appearing and participating in the above-captioned case as counsel for Defendants Rust-Oleum Corporation and Home Depot U.S.A., Inc.

Zachary W. Silverman
Fishkin Lucks LLP
One Gateway Center, Suite 1150
Newark, NJ 07102
(973) 679-4432
(973) 679-4435 (f)
zsilverman@fishkinlucks.com

Mr. Silverman is an attorney with Fishkin Lucks LLP in Newark, New Jersey, and is admitted to practice before and is a member in good standing of the courts of the State of New Jersey. He is also admitted to practice to the bars of the states of New York and Pennsylvania. Mr. Silverman has been licensed to practice law in New York since 2008 and in New Jersey since 2016.