

**Kenneth T. Levine**
*Direct:* 215.383.0224
*Cell:* 215.588.5085
klevine@delucalevine.com

November 14, 2024

The Honorable Donald C. Nugent
United States District Judge
Carl B. Stokes United States Courthouse
801 W. Superior Avenue, Courtroom 15A
Cleveland, OH 44113-1842

      **Re:**    **McCloud v. Rust-Oleum Corporation**
             Civ. Action No. 23-cv-01141 (N.D. Ohio)

Dear Judge Nugent:

    As the Court is aware, this office represents the Plaintiff in the above matter.  We are writing to inform you that the parties have come to an agreement to resolve this matter without any further litigation.

                **Respectfully Submitted,**

                de LUCA LEVINE LLC

                **MATTHEW CONNOLLY**

MC/sb
cc:    Andrew Fishkin, Esquire
       Zachary Silverman, Esquire