UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ERICA MCCLOUD, | ) | Case No. :  1:23 CV 1141 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| RUST-OLEUM CORPORATION, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

Counsel has notified the Court that the above captioned case has been settled. Accordingly, this action is DISMISSED WITH PREJUDICE. Parties may file any additional documentation evidencing the settlement within 30 days of the entry of this Order.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: November 14, 2024